**90–2394.** State, ex rel. Dublin, v. Delaware Cty. Bd. of Cty. Commrs. In Mandamus. Reported at 62 Ohio St.3d 55, 577 N.E.2d 1088. On motion for rehearing. Rehearing denied. SWEENEY, J., dissents.

HOLMES, J., not participating.

**91–1290.** Travis v. Ohio State Medical Bd. *Franklin County*, No. 91AP–33. Reported at 62 Ohio St.3d 1425, 577 N.E.2d 1107. On motion for rehearing. Rehearing denied.

H. BROWN, J., dissents.

## DISCIPLINARY DOCKET

**90–2537.** Cincinnati Bar Assn. v. Sack. On response to show cause order. Robert H. Sack is found in contempt.

WRIGHT, J., would suspend respondent forthwith.

**91–2008.** In re Casalinuovo. *Sua sponte,* this cause is referred to Disciplinary Counsel for further investigation.

**91–2081.** In re Hamann. Pursuant to provisions of Gov.Bar R. V(9)(a)(iii), William A. Hamann, Jr. is indefinitely suspended from the practice of law.